# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CARL E. MCQUILLON,

    Plaintiff,

v.

BANK UNITED OF TEXAS FSB, et al.,

    Defendants.

Case No. 2:25-cv-02484-JCM-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 4. A joint discovery plan must be filed by February 9, 2026.

IT IS SO ORDERED.

Dated: February 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1