**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARL E. MCQUILLON,

     Plaintiff,

v.

BANK UNITED OF TEXAS FSB, et al.,

     Defendants.

Case No. 2:25-cv-02484-JCM-NJK

**Order**

Pending before the Court is Defendants' status report regarding discovery plan.[1] Docket No. 12.

The Court ordered the parties to file a joint discovery plan by February 9, 2026. Docket No. 11. To date, the parties have failed to comply with the Court's order. *See* Docket. In the instant status report, Defendants request that this Court either (1) grant a stay of all discovery until after the pending dispositive motions are decided, or (2) extend the deadline to confer with Plaintiff and file a discovery plan or formal motion to stay discovery until February 23, 2026.[2] Docket No. 12 at 2. Defendants submit that Plaintiff is appearing *pro se* and defense counsel has not yet conferred with Plaintiff regarding the stay or any discovery plan in this case. *Id.*

As to the first request, "[t]he Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Defendants improperly seek a stay of discovery without addressing the relevant standards; therefore, the Court declines to order a stay of discovery. As to the second request, Defendants improperly seek to extend the deadline to file a joint discovery plan or motion to stay discovery; however, Defendants fail to provide reasons for the extension requested beyond merely asserting that "defense counsel has not yet conferred with

---

[1] LR IA 7-1 provides that "[a]ll communications with the court must be styled as a motion, stipulation, or notice."

[2] Requests are properly made via stipulation or motion, not a status report.

1

Plaintiff."  Docket No. 12 at 2; *see also* LR IA 6-1 ("A motion or stipulation to extend time must state the reasons for the extension requested").

Nonetheless, in the interest of resolving this case on its merits, and as a one-time courtesy to the parties, the Court will afford the parties an extension.  The parties are **ORDERED** to submit a joint proposed discovery plan and scheduling order or a proper request to stay discovery pending resolution of the motions to dismiss addressing the relevant standards, no later than February 16, 2026.

IT IS SO ORDERED.

Dated: February 10, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2